United States District Court
Southern District of Texas
**ENTERED**
June 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO RIVERA, JR., <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:18-cv-00095 |
| UNITED STATES OF AMERICA, <br> Defendant. | § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 72). The R&R recommends the following: (1) grant the Government's "Motion for Summary Judgment" ("MSJ") (Docket No. 71); (2) dismiss with prejudice Sergio Rivera Jr.'s ("Plaintiff") "Original Complaint" ("Complaint") (Docket No. 1); and (3) direct the District Clerk's Office to close this case.

Objections were due June 5, 2020. Neither party filed objections. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or issues contrary to law, the R&R is **ADOPTED**.

As a result, the Government's MSJ (Docket No. 71) is **GRANTED** and Plaintiff's Complaint (Docket No. 1) is **DISMISSED with prejudice**. The District Clerk's Office is **ORDERED** to close this case.

Signed on this __18th__ day of __June__, 2020.

_____
Rolando Olvera
United States District Judge